No. 76–6822. SANFRATELLO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–6825. GREATHOUSE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6827. FREEMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–6832. YELARDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 75–6847. LIPSCOMB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–6854. CARTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6856. FONTANA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–6857. KENDRICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 76–6866. MASTRIAN *v.* WOOD, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 75–6492. WINFREY *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 76–301. GARRISON, WARDEN *v.* RESENDEZ. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 76–358. NEW YORK *v.* BROWN. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.